AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JERRY DOYLE,**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

        **CASE NO. C2-07-210**
**TERRY BOYD, et al.,**        **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE MARK R. ABEL**

        **Defendants.**

    **___**    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **X**    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 23, 2008, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 23, 2008        JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk